### No. C-411

**The City of Lakewood, Colorado v. In The Matter of the Petition of Loretto Literary and Benevolent Institution, a Kentucky corporation, and Von Frellick Associates, Inc., for the Disconnection of a Tract of Realty from the City of Lakewood, Colorado**

(534 P.2d 634)

Remanded to District Court January 15, 1974.

Judgment dismissing petition to disconnect parcel of unimproved land from respondent city was reversed by Court of Appeals, 32 Colo. App. 302, 513 P.2d 467, and Certiorari was granted on September 10, 1973. Upon mutual motion of the parties, the matter was remanded to the district court on January 15, 1974, with directions to allow for petitioners for disconnection voluntarily to withdraw or dismiss that petition.

*En Banc.*